UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **KAREN STOKES and JENNIFER MORLOK,** | Civil Action No. 6:15-cv-02104-TC |
| Plaintiffs, | **SUMMONS IN A CIVIL ACTION** |
| vs. | |
| **UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,** | |
| Defendants. | |

To: **University of Oregon, via and through Douglas Park, Attorney at Law, University of Oregon Office of the General Counsel, 1226 University of Oregon, Eugene, OR 97403-1226**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Beth Creighton
> Michael E. Rose
> CREIGHTON & ROSE, PC
> 815 SW Second Ave., Suite 500
> Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

**MARY L. MORAN**, Clerk of Court

By _____, Deputy Clerk

Date: **11/10/2015**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **KAREN STOKES and JENNIFER MORLOK,** | Civil Action No. 6:15-cv-02104-TC |
| Plaintiffs, | **SUMMONS IN A CIVIL ACTION** |
| vs. | |
| **UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,** | |
| Defendants. | |

To: Shelly Kerr, University of Oregon Health, Counseling, & Testing Building, 1590 E 13th Avenue, Eugene, OR 97403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Beth Creighton
> Michael E. Rose
> CREIGHTON & ROSE, PC
> 815 SW Second Ave., Suite 500
> Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By ||ibr||m, Deputy Clerk

Date: 11/10/2015

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

**KAREN STOKES and JENNIFER MORLOK,**

        Plaintiffs,

vs.

**UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,**

        Defendants.

Civil Action No. 6:15-cv-02104-TC

**SUMMONS IN A CIVIL ACTION**

To: **Robin Holmes, Division of Student Life, 5216 University of Oregon, 164 Oregon Hall, Eugene, OR 97403**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Beth Creighton
    Michael E. Rose
    CREIGHTON & ROSE, PC
    815 SW Second Ave., Suite 500
    Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

By /s/ Ibrum, Deputy Clerk

Date: **11/10/2015**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **KAREN STOKES and JENNIFER MORLOK,** | Civil Action No. 6:15-cv-02104-TC |
| Plaintiffs, | **SUMMONS IN A CIVIL ACTION** |
| vs. | |
| **UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,** | |
| Defendants. | |

To: Joseph DeWitz, University of Oregon Health, Counseling, & Testing Building, 1590 E 13th Avenue, Eugene, OR 97403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Beth Creighton
>Michael E. Rose
>CREIGHTON & ROSE, PC
>815 SW Second Ave., Suite 500
>Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief

**MARY L. MORAN, Clerk of Court**

By Ibrum, Deputy Clerk

Date: **11/10/2015**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **KAREN STOKES and JENNIFER MORLOK,** | Civil Action No. 6:15-cv-02104-TC |
| Plaintiffs, | **SUMMONS IN A CIVIL ACTION** |
| vs. | |
| **UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,** | |
| Defendants. | |

To: **Kathie Stanley, Division of Student Life, 5216 University of Oregon, 164 Oregon Hall, Eugene, OR 97403**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Beth Creighton
    Michael E. Rose
    CREIGHTON & ROSE, PC
    815 SW Second Ave., Suite 500
    Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

By Ilibrjin, Deputy Clerk

Date: **11/10/2015**