BETH CREIGHTON    OSB #972440
E-mail: beth@civilrightspdx.com
MICHAEL E. ROSE    OSB #753221
E-mail: mrose@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:      (503) 223-1516

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KAREN STOKES and JENNIFER MORLOK**,

        Plaintiffs,

vs.

**UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,**

        Defendants.

6:15-cv-02104-TC

**NOTICE OF CHANGE OF ADDRESS**

///

PAGE 1 – NOTICE OF CHANGE OF ADDRESS

CREIGHTON & ROSE, PC   ATTORNEYS AT LAW
65 SW Yamhill Street #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

PLEASE TAKE NOTICE that Creighton & Rose, P.C., has moved to a different location.

Plaintiff's counsel, Beth Creighton, OSB No. 972440, and Michael E. Rose, OSB No. 753221,

are now located at:
*Creighton & Rose, P.C.*
*Powers Building, Suite 300*
*65 SW Yamhill Street*
*Portland, OR 97204*

Dated this 1st day of February, 2016

CREIGHTON & ROSE, PC

 *s/ Beth Creighton*
BETH CREIGHTON, OSB #972440
Of Attorneys for Plaintiffs
503-221-1792

PAGE 2 – NOTICE OF CHANGE OF ADDRESS

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill Street #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com