
BETH CREIGHTON     OSB #972440
E-mail: beth@civilrightspdx.com
MICHAEL ROSE     OSB #753221
E-mail: mrose@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KAREN STOKES and JENNIFER MORLOK**, | 6:15-cv-02104-TC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| **UNIVERSITY OF OREGON, and SHELLY KERR, ROBIN HOLMES, JOSEPH DEWITZ, KATHIE STANLEY, JOHN ROE and JANE ROE in their individual capacities,** | |
| Defendants. | |

Plaintiffs hereby give notice of their voluntary dismissal of the claims against Defendants in the above-captioned case, in their entirety, with prejudice, and without costs or attorney fees to any party.

Dated this 5th day of August, 2016

CREIGHTON & ROSE, PC
 s/ Beth Creighton
BETH CREIGHTON, OSB #972440
MICHAEL E. ROSE, OSB #753221
Telephone: (503) 221-1792
Of Attorneys for Plaintiffs

PAGE 1 – NOTICE OF VOLUNTARY DISMISSAL

CREIGHTON & ROSE, PC  ATTORNEYS AT LAW
65 SW Yamhill Street #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com