IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KAREN STOKES; JENNIFER MORLOCK | |
|---|---|
| Plaintiffs, | |
| V. | 6:15-cv-02104-JR |
| UNIVERSITY OF OREGON; SHELLY KERR; ROBIN HOLMES; JOSEPH DEWITZ; KATHIE STANLEY, | JUDGMENT |
| Defendants. | |

Pursuant to plaintiffs' Notice of Voluntary Dismissal (ECF No. 18), this action is dismissed with prejudice and without costs or fees to either party.

Dated this 9th day of August 2016.

Mary L. Moran, Clerk of Court

by: s/P. Bruch
Paul Bruch, Deputy Clerk